# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| JEFF ANDREWS, an individual, | CASE No.: 3:23-CV-00588-LRH-CLB |
| Plaintiff, | |
| vs. | |
| LODGEFORD AND PACKARD LIMITED-LIABILITY COMPANY, a limited liability company; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendant. | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, JEFF ANDREWS, and Defendant, LODGEFORD AND PACKARD LIMITED-LIABILITY COMPANY, by and through their respective counsel, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

There are currently no upcoming dates on the scheduling order. Therefore, the court need not vacate any upcoming hearings.

/ / /

-1-

1  The parties stipulate and agree that the above-referenced dates, as well as any remaining
2  dates be vacated, and that the case be closed.

4  IT IS SO STIPULATED AND AGREED.

5  Date: 10/10/2024                                                          Date 10/10/2024

6  /S/ David N. Salmon                                                    /S/ Cody K.J. Marriott

7  David N. Salmon, Esq. (7168)                                  Cody K.J. Marriott, Esq. (14147)
   7495 W. Azure Dr., Suite 102                                   61 Continental Drive
8  Las Vegas, Nevada 89130                                       Reno, NV 89509
   (702) 382-9696                                                         (775) 786-7445
9  *Counsel for Plaintiff*                                              *Counsel for Defendant*

11  IT IS SO ORDERED.

12  DATED this 11th day of October, 2024

    _____
14  Anne R. Traum
    United States District Court Judge

    DATED: October 11, 2024